UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICKARD and KARA BRIGGS, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>CREDIT BUREAU COLLECTION )<br>SERVICES, INC. d/b/a CBCS, )<br>)<br>Defendant. ) | Civil Action No. 2:13-cv-01410-CB<br><br>FILED ELECTRONICALLY |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs and Defendant hereby stipulate and give notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that Plaintiff's claims against Defendant are dismissed with prejudice.

Respectfully submitted,

/s/ Jenyce Michelle Woodruff
Jenyce Michelle Woodruff, Esquire
410 Rouser Road, Suite 105
Moon Township, PA  15008
(412) 424-8958
*Counsel for Plaintiffs*

/s/ Jason A. Spak
Jason A. Spak, Esquire
PICADIO SNEATH MILLER & NORTON, P.C.
444 Liberty Avenue, Suite 1105
Pittsburgh, PA 15222
(412) 288-4385
jspak@psmn.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE was electronically filed and is available for viewing and downloading from the ECF system and was sent to all counsel of record this 19th day of November, 2013, via electronic service, addressed as follows:

Jason A. Spak, Esquire
444 Liberty Avenue, Suite 1105
Pittsburgh, PA  15222
*(Counsel for Defendant)*

/s/ Jenyce Michelle Woodruff
Jenyce Michelle Woodruff, Esquire